IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02423-PSF-MEH

DALE PURCELL,

    Plaintiff,

v.

FOXWORTH-GALBRAITH LUMBER COMPANY, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 20, 2006.**

Defendant's Unopposed Motion to Amend Answer [Filed March 17, 2006; Docket #19] is **granted**. The Clerk of the Court is directed to docket Defendant's Amended Answer [Docket #9-2].