IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02423-PSF-MEH

DALE PURCELL,

    Plaintiff,

v.

FOXWORTH-GALBRAITH LUMBER COMPANY, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, May 4, 2006.**

Defendant's Joint Motion to Modify Minute Order Regarding Discovery Deadlines [Filed April 27, 2006; Docket #30] is **granted** in part and **denied** in part. Specifically, the Court requires sixty days between the dispositive motion deadline and the pretrial conference. The discovery deadlines are modified as follows:

| | |
|---|---|
| Discovery Cutoff: | August 9, 2006 |
| Dispositive Motion: | August 16, 2006 |
| Plaintiff's Rule 26(a)(2) Disclosure: | June 7, 2006 |
| Defendant's Rule 26(a)(2) Disclosure: | June 7, 2006 |
| Defendant's Rebuttal Rule 26(a)(2) Disclosure: | July 7, 2006 |
| Plaintiff's Rebuttal Rule 26(a)(2) Disclosure: | July 7, 2006 |