IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-02423-PSF-MEH

DALE PURCELL,

    Plaintiff,

v.

FOXWORTH-GALBRAITH LUMBER COMPANY, INC.,
d/b/a Foxworth-Galbraith Truss,

    Defendant.

## ORDER SETTING CASE FOR TRIAL

The above-captioned matter has been scheduled for a **five-day jury trial** on the docket of Judge Phillip S. Figa in the U.S. District Courthouse, Courtroom A602, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **Monday, January 29, 2007 at 1:30 p.m.**

A Final Trial Preparation Conference is set for **Friday, January 19, 2007 at 9:00 a.m.**  The parties are expected to be fully prepared for trial at that time.  **Lead counsel who will try the case shall attend.**

    DATED:  October 3, 2006

                                              BY THE COURT:

                                              *s/ Phillip S. Figa*

                                              _____
                                              Phillip S. Figa
                                              United States District Judge